NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5190

STOBIE CREEK INVESTMENTS LLC,
JFW ENTERPRISES, INC.,
Tax Matters and Notice Partner; and STOBIE CREEK INVESTMENTS,
by and through JFW INVESTMENTS, LLC, Tax Matters and Notice Partner,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 05-CV-0748 and 07-CV-520, Judge Christine O.C. Miller.

ON MOTION

ORDER

Upon consideration of the appellants' motion for leave to accept their separate appendix,[*]

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP - 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK

cc: Robert E. Kolek, Esq.
Judith A. Hagley, Esq.
s8

_____
[*] The appellants note that the separate appendix filed by the appellee contains the judgment on review and other matters.